**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LESIA WILLIAMS** **PLAINTIFF**

**v.** **No. 4:26-cv-626-DPM**

**UNITED STATES OF AMERICA** **DEFENDANT**

# JUDGMENT

Williams's complaint is dismissed with prejudice. The Court retains jurisdiction until 30 October 2026 to enforce the parties' settlement.

D.P. Marshall Jr.
United States District Judge

1 October 2026